ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
NICOLA J. MRAZEK
JEFFREY A. GOLDBERG
Senior Trial Attorneys
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 10-1031(A)-AHM |
| Plaintiff, | ) ORDER DENYING MOTION TO |
| | ) DISMISS THE INDICTMENT FOR |
| v. | ) PROSECUTORIAL MISCONDUCT |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | ) |
| Defendants. | ) |

The Court, having read and considered defendant Angela Aguilar's Motion to Dismiss for Prosecutorial Misconduct and memorandum of points and authorities (Mot. #226), the government's opposition, defendant's reply and having heard oral argument from the parties, HEREBY DENIES the defendant's Motion and finds as follows. (1) The government's charging decisions need not be based on proof beyond a reasonable doubt at the time of indictment but only probable cause. <u>United States v. Sells</u>

Engineering, Inc., 463 U.S. 418, 421 (1983). Lack of proof beyond a reasonable doubt does not make the act of seeking an indictment an act of vengeance, retaliation, overreaching, or misconduct. (2) Given the materials before the Court, a jury, consistent with their duties and requirements and the standard of proof, could find the defendant Angela Aguilar guilty. There is no basis to find that the government has engaged in any misconduct. At trial, any claim of insufficiency of the evidence may be raised through a motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29.

**IT IS SO ORDERED.**

DATED: April 14, 2011

_____
THE HON. A. HOWARD MATZ
United States District Judge