UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 10-01031(A)-AHM | Date: November 16, 2011 |

Present: The Honorable **A. HOWARD MATZ**

Interpreter

| Stephen Montes | Not reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|
| ENRIQUE FAUSTINO AGUILAR NORIEGA, et al. | | | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court ORDERS the Government to file the following items, by not later than November 18, 2011.

1. Court exhibits A-E.

2. Trial exhibits 30, 959, 2533, 2538.

: _____

Initials of Deputy Clerk   SMO
